IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD OWENS, | 1:12-cv-00154 SKO (PC) |
| Plaintiff, | ORDER TRANSFERRING CASE TO THE CENTRAL DISTRICT OF CALIFORNIA |
| vs. | (Doc. 14) |
| DONNELLY, Warden, et al., | |
| Defendants. | |
| _____/ | |

Plaintiff Richard Owens, a state prisoner proceeding pro se, initially filed a petition for habeas corpus on February 2, 2012. (Doc. 1.) Plaintiff thereafter filed a civil rights complaint pursuant to 42 U.S.C. § 1983. (Doc. 14.) The Court ordered Plaintiff to file a statement of intention to proceed in this action on his habeas petition or his civil rights complaint, and on May 15, 2012, Plaintiff notified the Court he intends to proceed on his complaint. (Docs. 15, 16.)

The federal venue statute requires that a civil action, other than one based on diversity jurisdiction, be brought only in "(1) a judicial district where any defendant resides, if all defendants reside in the same state, (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of the property that is the subject of the action is situated, or (3) a judicial district in which any defendant may be found, if there is no district in which the action may otherwise be brought." 28 U.S.C. § 1391(b).

///

-1-

-2-

In this case, none of the defendants reside in this district. Plaintiff's claims arise from events which allegedly occurred at California State Prison-Lancaster in Los Angeles County, which is in the Central District of California. Therefore, venue is proper in the Central District of California. In the interest of justice, a federal court may transfer a complaint filed in the wrong district to the correct district. See 28 U.S.C. § 1406(a); Starnes v. McGuire, 512 F.2d 918, 932 (D.C. Cir. 1974).

Accordingly, IT IS HEREBY ORDERED that this matter is transferred to the United States District Court for the Central District of California.

IT IS SO ORDERED.

**Dated:  May 18, 2012**                             /s/ Sheila K. Oberto
                                                    UNITED STATES MAGISTRATE JUDGE

-2-